# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

John Gregory Lambros,

        Plaintiff,

v.

United States of America et al,

        Defendants.

Case No. 19-cv-1870 MJD/ECW

**ORDER**

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 20, 2020. (Doc. No. 31).  Plaintiff has filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion to Dismiss (Dkt. 22) is **GRANTED**.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: Septembr 11, 2020    s/ Michael J. Davis
                            MICHAEL J. DAVIS
                            United States District Court